# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 12, 2018

## NO. 03-17-00746-CV

**Comal & Co., LLC, Appellant**

**v.**

**Michelle Mays, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY**
**BEFORE JUSTICES GOODWIN, FIELD, AND SHANNON**
**VACATED AND REMANDED -- OPINION BY JUSTICE SHANNON**

This is an appeal from the judgment signed by the trial court on August 9, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court vacates the trial court's judgment and remands the case to the trial court for further proceedings. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.